01

02

03

04

05

06

07                               UNITED STATES DISTRICT COURT
                             WESTERN DISTRICT OF WASHINGTON
08                                        AT SEATTLE

09  UNITED STATES OF AMERICA,              )
                                           )
10          Plaintiff,                     )
                                           )
11          v.                             )
                                           )   Case No. CR05-265-RSM-JPD
12  MICHAEL WILLIAMS, KYU PYO HAN,         )
    and MAN SUP WOO,                       )
13                                         )   DETENTION ORDER
            Defendants.                    )   Material Witness
14  _____)
                                           )
15  In re Material Witness:                )
                                           )
16  MI EUN KIM                             )
    _____)

17

18  <u>Offense charged</u>:  Material Witness

19  <u>Date of Detention Hearing</u>:    July 15, 2005

20          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f) and

21  3144, and based upon the factual findings and statement of reasons hereafter set forth, finds that

22  detention is necessary to adequately secure the testimony of the material witness, and to prevent

23  a failure of justice.

24          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

25          (1)     Ms. Kim was arrested on a material witness warrant in the matter of <u>United States</u>

26  <u>v. Michael Williams, et al.</u>, CR05-0265-RSM, upon a finding that it was impracticable to secure

DETENTION ORDER                                                                          15.13
18 U.S.C. § 3142(i)                                                                   Rev. 1/91
PAGE 1

01 her presence by subpoena.  She made her initial appearance in this Court on July 13, 2005.

02       (2)     The United States has moved to detain Ms. Kim pursuant to 18 U.S.C. § 3144 for

03 a reasonable period until her deposition can be taken pursuant to the Federal Rules of Criminal

04 Procedure.

05       (3)     The Pretrial Services Report of July 13 2005,  reveals that there is an immigration

06 detainer lodged against the material witness.

07       (4)     The material witness was born in Korea, and according to the Assistant United

08 States Attorney and criminal records, the witness is a citizen of Korea.

09       (5)     There is no information available regarding the material witness's personal

10 history, residence, family ties, or ties to the Western District of Washington, income, financial

11 assets or liabilities, physical or mental health, or controlled substance use if any.

12       (6)     The material witness is viewed as a risk of nonappearance based on her unknown

13 background information and lack of information about any ties to this community or to the

14 Western District of Washington.

15       (7)     The Court finds that further detention is necessary to prevent a failure of justice.

16 The material witness will be detained until her testimony can adequately be secured.

17       It is therefore ORDERED:

18       (1)     The material witness shall be detained pending the taking of her testimony and

19                  committed to the custody of the Attorney General for confinement in a correction

20                  facility separate, to the extent practicable, from persons awaiting or serving

21                  sentences or being held in custody pending appeal;

22       (2)     The material witness shall be afforded reasonable opportunity for private

23                  consultation with counsel;

24       (3)     On order of a court of the United States or on request of an attorney for the

25                  Government, the person in charge of the corrections facility in which material

26                  witness is confined shall deliver the material witness to a United States Marshal

DETENTION ORDER                                    15.13
18 U.S.C. § 3142(i)                             Rev. 1/91
PAGE 2

01  for the purpose of an appearance in connection with a court proceeding or for

02  providing testimony in connection with a case pending in this court; and

03  (4)  The Clerk shall direct copies of this Order to counsel for the United States, to

04  counsel for the material witness, to the United States Marshal, and to the United

05  States Pretrial Services Officer.

06  DATED this 15th day of July, 2005.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DETENTION ORDER                                                                15.13
18 U.S.C. § 3142(i)                                                          Rev. 1/91
PAGE 3