01

02

03

04

05

06

07                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
08                                  AT SEATTLE

09  UNITED STATES OF AMERICA,              )
                                           )
10          Plaintiff,                     )
                                           )
11          v.                             )
                                           )  Case No. CR05-265-RSM-JPD
12  MICHAEL WILLIAMS, KYU PYO HAN,         )
    and MAN SUP WOO,                       )
13                                         )  DETENTION ORDER
            Defendants.                    )  Material Witness
14  _____)
                                           )
15  In re Material Witness:                )
                                           )
16  YOUNG HEE HWANG                        )
                                           )
17  _____)

18  <u>Offense charged</u>:  Material Witness

19  <u>Date of Detention Hearing</u>:    July 21, 2005

20          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f) and

21  3144, and based upon the factual findings and statement of reasons hereafter set forth, finds that

22  detention is necessary to adequately secure the testimony of the material witness, and to prevent

23  a failure of justice.

24          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

25          (1)     Ms. Hwang was arrested on a material witness warrant in the matter of <u>United</u>

26  <u>States v. Michael Williams, et al.</u>, CR05-0265-RSM, upon a finding that it was impracticable to

DETENTION ORDER                                                              15.13
18 U.S.C. § 3142(i)                                                        Rev. 1/91
PAGE 1

01  secure her presence by subpoena.  She made her initial appearance in this Court on July 15, 2005.

02  (2)      The United States has moved to detain Ms. Hwang pursuant to 18 U.S.C. § 3144

03  for a reasonable period until her deposition can be taken pursuant to the Federal Rules of

04  Criminal Procedure.

05  (3)      There is an immigration detainer lodged against the witness.

06  (4)      The material witness is a native and citizen of South Korea.

07  (5)      There is no information available regarding the material witness's personal

08  history, residence, family ties, or ties to the Western District of Washington, income, financial

09  assets or liabilities, physical or mental health, or controlled substance use if any.

10  (6)      The material witness is viewed as a risk of nonappearance based on her unknown

11  background information and lack of information about any ties to this community or to the

12  Western District of Washington.

13  (7)      The Court finds that further detention is necessary to prevent a failure of justice.

14  The material witness will be detained until her testimony can adequately be secured.

15  It is therefore ORDERED:

16  (1)      The material witness shall be detained pending the taking of her testimony and

17          committed to the custody of the Attorney General for confinement in a correction

18          facility separate, to the extent practicable, from persons awaiting or serving

19          sentences or being held in custody pending appeal;

20  (2)      The material witness shall be afforded reasonable opportunity for private

21          consultation with counsel;

22  (3)      On order of a court of the United States or on request of an attorney for the

23          Government, the person in charge of the corrections facility in which material

24          witness is confined shall deliver the material witness to a United States Marshal

25          for the purpose of an appearance in connection with a court proceeding or for

26          providing testimony in connection with a case pending in this court; and

01   (4)   The Clerk shall direct copies of this Order to counsel for the United States, to

02         counsel for the material witness, to the United States Marshal, and to the United

03         States Pretrial Services Officer.

04   DATED this 22nd day of July, 2005.

                                          _James P. Donohue_

                                          JAMES P. DONOHUE
06                                        United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DETENTION ORDER                                              15.13
18 U.S.C. § 3142(i)                                      Rev. 1/91
PAGE 3